# EXHIBIT 1

The Wayback Machine - https://web.archive.org/web/20070515195412/http://www.grandpajoeschocolates.co…



**Fall in *love* with Grandpa Joe's Chocolates. We offer over 35 varieties of old-fashioned gourmet chocolates made using only the finest ingredients and four generations of treasured family recipes.**

Chocolates

Coffee

Shipping

About Us

Contact Us

The Wayback Machine - https://web.archive.org/web/20070518065753/http://www.grandpajoeschocolates.co…




# About Us


[chocolate](#)

[Coffee](#)

[Shipping](#)

[Contact](#)

Ozark

**Grandpa Joe's Old Fashioned Chocolates is chocolate at it's finest. Four generations of chocolate making inspired us to establish Grandpa Joe's in 2001. We are a family-owned and operated chocolate company nestled in the heart of the Ozarks. The origin of our name is from our Great Grandpa Joe who attended a candy school in the early 1900's. He had a passion for chocolate making and passed down the recipes we use today. We use only the finest ingredients and offer over 35 different varieties of chocolate. We love chocolate as much as Grandpa Joe did and we're sure he'd be proud!**


Blue

**Enjoy a day in the country at Rosewood Farms, a 4,000 sq. ft. gift store nestled in the heart of the Ozarks. Home decor, gifts, antiques, coffee, chocolate, candles and bath & body await you in this shopping paradise. We pride ourselves on quality products and customer service and there is sure to be something for everyone at Rosewood Farms. Don't Forget to visit us at our annual Christmas in the Ozarks. We hope to become your favorite shopping destination.**



**Fall in *love* with Grandpa Joe's Chocolates. We offer over 35 varieties of old-fashioned gourmet chocolates made using only the finest ingredients and four generations of treasured family recipes.**

Chocolates

Coffee

Shipping

About Us

Contact Us

The Wayback Machine - https://web.archive.org/web/20070715012219/http://www.grandpajoeschocolates.co…

  

# About Us

chocolate

Coffee

Shipping

Contact


Ozark

Blue

**Grandpa Joe's Old Fashioned Chocolates is chocolate at it's finest. Four generations of chocolate making inspired us to establish Grandpa Joe's in 2001. We are a family-owned and operated chocolate company nestled in the heart of the Ozarks. The origin of our name is from our Great Grandpa Joe who attended a candy school in the early 1900's. He had a passion for chocolate making and passed down the recipes we use today. We use only the finest ingredients and offer over 35 different varieties of chocolate. We love chocolate as much as Grandpa Joe did and we're sure he'd be proud!**

**Enjoy a day in the country at Rosewood Farms, a 4,000 sq. ft. gift store nestled in the heart of the Ozarks. Home decor, gifts, antiques, coffee, chocolate, candles and bath & body await you in this shopping paradise. We pride ourselves on quality products and customer service and there is sure to be something for everyone at Rosewood Farms. Don't Forget to visit us at our annual Christmas in the Ozarks. We hope to become your favorite shopping destination.**

The Wayback Machine - https://web.archive.org/web/20100212051413/http://www.grandpajoeschocolates.com:80/page/378810205

Home   Product Search   Site Map   Checkout   Track Your Order



### Assorted Boxes

| | | |
|---|---|---|
| **Caramel Lover's** | **Catch of the Day - 1 Pound Ozark Snappers** | **Chocolate Lover's Dream** |
| Price $16.99 | Price $16.99 | Price $16.99 |
| **Dark Chocolate Assortment** | **Espresso Your Self!** | **Gone Nuts** |
| Price $16.99 | Price $16.99 | Price $16.99 |
| **Just Fruity** | **Milk & Dark Chocolate Assortment** | **Milk Chocolate Assortment** |
| Price $16.99 | Price $16.99 | Price $16.99 |
| **Nut & Caramel Dark** | **Nut & Caramel Milk** | **Valentine's Day Assortment** |
| Price $16.99 | Price $16.99 | Price $16.99 |

Didn't find what you are looking for? Dont forget to check these places :

Milk Chocolate available in one pound boxes!

Dark Chocolate available in one pound boxes!

**Side menu:**
- Home
- Online Shopping
- Events Page
- About Us
- Rosewood Farms
- Shipping
- My Account
- Corporate Gifts
- Best Sellers
- Milk Chocolate
- Dark Chocolate
- Nuts
- Caramels
- Brittles and Toffee
- Assorted Boxes
- Customize Your Own
- More Categories...
- Valentine's Day

**Be My Valentine Sucker**
Price $2.50
More info ››

**I Love You Box**
Price $6.50
More info ››

**Valentine Mallows**
Price $2.99
More info ››

More...

**Shopping Basket**
Items                0
Subtotal         $0.00

**Note:** All prices in US Dollars

**Search Chocolates**
[Search]

**FREE Newsletter!**
First Name*

Last Name*

Email Address*

Submit

**Questions?**
**417-741-6915**

**Hours of Operation:**
9 a.m. - 6 p.m. M-F
9a.m. - 4p.m. Sat.
Closed on Sunday

Open Year Round

Copyright © Grandpa Joe's
orders@rosewood-farms.com
417-741-6915

The Wayback Machine - https://web.archive.org/web/20100316014410/http://www.grandpajoeschocolates.com:80/page/378810203

Home     Product Search     Site Map     Checkout     Track Your Order



## Best Sellers

**Home**
**Online Shopping**
**Events Page**
**About Us**
**Rosewood Farms**
**Shipping**
**My Account**
**Corporate Gifts**
**Best Sellers**
**Dark Chocolate**
**Nuts**
**Caramels**
**Brittles and Toffee**
**Assorted Boxes**
**Customize Your Own**
**More Categories…**
**Easter**

**Sort By:** Name - Ascending

| | | |
|---|---|---|
| **Caramel Kiss (wrapped)** Price $5.50 | **Chocolate Lover's Dream** Price $16.99 | **Dark Chocolate Peanut Butter Cup** Price $5.50 |
| **Dark Gone Nuts** Price $5.50 | **Dark Ultimate Chocolate** Price $16.99 | **Dinosaurs Molded** Price $2.29 |
| **Farm Animals Molded** Price $2.29 | **Happy Anniversary Bar** Price $1.09 | **Happy B Day Bar Dark** Price $1.19 |
| **Milk & Dark Chocolate Assortment** Price $16.99 | **Milk Caramel** Price $5.50 | **Milk Chocolate Espresso Almond Caramel** Price $5.50 |
| **Milk Chocolate Ozark Snapper** Price $5.50 | **Milk Chocolate Peanut Butter Cup** Price $5.50 | **Milk Chocolate Peanut Clusters** Price $5.50 |
| **Tackle Box** Price $12.99 | **Valentine's Day Assortment** Price $16.99 | **Wrapped Butter Caramel** Price $5.50 |
| **Wrapped Butterscotch Butter Caramel** | | |

**Recieve 10% off Your Chocolate Order. Simply Enter the Code bunny on the Order Form.**

**Easter Chocolate Assort. Box**
Price $16.99
More info >>

**Happy Easter Sucker**
Price $1.69
More info >>

**He is Risen**
Price $1.09
More info >>

**Shopping Basket**
Items          0
Subtotal     $0.00
**Note:** All prices in US Dollars

**Search Chocolates**
[ Search ]

**FREE Newsletter!**
First Name*

Last Name*

Email Address*

[ Submit ]



**Wrapped Butterscotch Butter Caramel**

Price $5.50



**Questions?**
**417-741-6915**

**Hours of Operation:**
9 a.m. - 6 p.m. M-F
9a.m. - 4p.m. Sat.
Closed on Sunday

Open Year Round



Copyright © Grandpa Joe's
orders@rosewood-farms.com
417-741-6915




The Wayback Machine - https://web.archive.org/web/20131005072612/http://www.grandpajoeschocolates.com/

Home   Product Search   Site Map   Checkout   Track Your Order



## Grandpa Joe's Chocolates



- Home
- Assorted Boxes
- Best Sellers
- Milk Chocolate
- Dark Chocolate
- White Chocolate
- Caramels
- Nuts
- Brittles and Toffee
- Customize Your Own
- Specialty Solid Chocolates
- Perfect Portion Chocolate Bags
- Specialty Chocolate Bars
- Old Fashioned Fudge
- Chocolate Pizza By The Slice
- Espresso Yourself
- Corporate Gifts
- Sugar Free
- Nostalgic Candies
- Shea Butter & Jojoba Cream
- Events Page
- About Us
- Rosewood's Wedding Registry
- Testimonials
- Shipping


**Custom-Designed Corporate Gift Baskets!**

Home



Fall in love with Grandpa Joe's Old Fashioned Chocolates. Delicious chocolate begins somewhere and our story begins with our Grandpa Joe. Our Grandpa Joe dreamed of being able to provide people with one of a kind gourmet chocolates. In the early 1940's he began living his dream by perfecting his chocolate recipes and sharing his creations with his friends and family. He dreamed of opening a chocolate shop one day, but he never got to see his dream come true. Now, 60 years later, we are making our Grandpa Joe's dream a reality. Grandpa Joe's Old Fashioned Chocolates is family owned and operated in the heart of the Ozarks. We offer over 100 varieties of old-fashioned chocolates, toffee, and brittles that are made using four generations of treasured recipes and the finest ingredients available.

   
**Assorted Boxes**   **Specialty Solid Chocolates**

   
**Customize Your Own**   **Perfect Portion Chocolate Bags**



Follow us on facebook!

**Shopping Basket**

| | |
|---|---|
| Items: | 0 |
| Subtotal: | $0.00 |

**Note:** All prices in US Dollars

**Search Chocolates**

[ Search ]

**First Name**

**Last Name**

**Email Address**

[ Submit ]

**Questions?**
**417-741-6915**

**orders@rosewood-farms.com**

**Hours of Operation:**
9 a.m. - 6 p.m. M-F
9a.m. - 4p.m. Sat.
Closed on Sunday

Open Year Round


**Best Sellers**


**Milk Chocolate**

**Directions to Retail Location**

25 miles South on Hwy 5 from Lebanon, MO
8 miles North on Hwy 5 from Hartville, MO

Copyright © Grandpa Joe's
orders@rosewood-farms.com
417-741-6915