IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSEWOOD FARMS COUNTRY GIFTS, LLC<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHRIS BEERS VENTURES LLC,<br><br>　　　　　Defendant. | Civil Action No. 2:22-cv-01360 |

## Joint Status Report

On January 26, 2023, the parties conducted a meet and confer to discuss the state of the current pleadings. The parties confirmed that they are interested in continuing to pursue settlement negotiations. In order to narrow the issues, the parties agreed that Plaintiff will file an Amended Complaint by February 2, 2023, and a response by Defendant to the Amended Complaint will be due on or before March 6, 2023. Any response from Plaintiff will be due on or before April 5, 2023.

Stipulated to by:                                                                Stipulated to by:


/s/ Brian Samuel Malkin                                                  /s/ Barry J. Coyne
Brian Samuel Malkin                                                       Barry J. Coyne
Counsel for Plaintiff                                                        Counsel for the Defendant


Dated: January 26, 2023