# EXHIBIT A

# United States of America

## United States Patent and Trademark Office

# Grandpa Joe's Candy

**Reg. No. 6,717,277**

**Registered May 03, 2022**

**Int. Cl.: 30**

**Trademark**

**Principal Register**

Rosewood Farms Country Gifts, LLC  (MISSOURI LIMITED LIABILITY COMPANY)
7345 Highway5
Hartville, MISSOURI 65667

CLASS 30: Candy; Candies; Candy bark; Candy bars; Candy canes; Candy for food; Candy mints; Candy necklaces; Candy sprinkles; Candy with caramel; Candy with cocoa; Candy-coated popcorn; Arrangements of candy; Chocolate candies; Cotton candy; Gummy candies; Hard candies; Hard candy; Mexican candy; Peppermint candy; Rock candy

FIRST USE 11-16-2008; IN COMMERCE 11-16-2008

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "CANDY"

The name does not identify a living individual.

SER. NO. 90-692,339, FILED 05-05-2021



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2022-09-01 10:48:46 EDT |
| Mark: | GRANDPA JOE'S CHOCOLATES |

*Grandpa Joe's Chocolates*

| | | | |
|---|---|---|---|
| US Serial Number: | 90692192 | Application Filing Date: | May 05, 2021 |
| US Registration Number: | 6717263 | Registration Date: | May 03, 2022 |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| TM5 Common Status Descriptor: |  | LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office. | |
| Status: | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| Status Date: | May 03, 2022 | | |
| Publication Date: | Feb. 15, 2022 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | GRANDPA JOE'S CHOCOLATES |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |
| Disclaimer: | "CHOCOLATES" |
| Name Portrait Consent: | The name does not identify a living individual. |

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| For: | Chocolate; Chocolate and chocolates; Chocolate bark containing ground coffee beans; Chocolate bars; Chocolate based ingredient for use in Confections; Chocolate bunnies; Chocolate candies; Chocolate confections; Chocolate confections, namely, Truffles; Chocolate covered cookies; Chocolate covered fruit; Chocolate covered nuts; Chocolate covered pretzels; Chocolate covered raisins; Chocolate covered roasted coffee beans; Chocolate for confectionery and bread; Chocolate in the shape of Animals; Chocolate mousses; Chocolate sauce; Chocolate spreads containing nuts; Chocolate syrup; Chocolate syrups; Chocolate topped pretzels; Chocolate topping; Chocolate truffles; Chocolate-based fillings for cakes and pies; Chocolate-based ready-to-eat food bars; Chocolate-coated nuts; Chocolate-covered nuts; Chocolates and chocolate-based ready to eat candies and snacks; Confectioneries, namely, snack foods, namely, chocolate; Confectionery, namely, candy and chocolate; Filled chocolate; Filled chocolates; Gluten-free desserts, namely, Solid Chocolate; Milk chocolate; Snack foods, namely, chocolate-based snack foods; Snack mix consisting primarily of popcorn and also including Chocolate; Trail mix consisting primarily of pretzels, popcorn, and crackers, and also including Chocolate; Chocolate fudge |
| International Class(es): | 030 - Primary Class |
| U.S Class(es): | 046 |
| Class Status: | ACTIVE |
| Basis: | 1(a) |
| First Use: | Jan. 15, 2002 |
| Use in Commerce: | Jan. 15, 2002 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Rosewood Farms Country Gifts, LLC
**Owner Address:** 7345 Highway 5
Hartville, MISSOURI UNITED STATES 65667
**Legal Entity Type:** LIMITED LIABILITY COMPANY  **State or Country Where Organized:** MISSOURI

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/Address:** ROSEWOOD FARMS COUNTRY GIFTS, LLC
7345 HIGHWAY 5
HARTVILLE, MISSOURI UNITED STATES 65667
**Phone:** 417-741-6915
**Correspondent e-mail:** orders@rosewood-farms.com rosewoods_farms@yahoo.com   **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 03, 2022 | REGISTERED-PRINCIPAL REGISTER | |
| Feb. 15, 2022 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Feb. 15, 2022 | PUBLISHED FOR OPPOSITION | |
| Jan. 26, 2022 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jan. 07, 2022 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 07, 2022 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Jan. 07, 2022 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Jan. 07, 2022 | EXAMINERS AMENDMENT E-MAILED | |
| Jan. 07, 2022 | EXAMINERS AMENDMENT -WRITTEN | 75589 |
| Jan. 06, 2022 | ASSIGNED TO EXAMINER | 75589 |
| Aug. 06, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| May 08, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION  **Date in Location:** May 03, 2022

# United States of America

### United States Patent and Trademark Office

# Grandpa Joe's Chocolates

**Reg. No. 6,717,263**
**Registered May 03, 2022**
**Int. Cl.: 30**
**Trademark**
**Principal Register**

Rosewood Farms Country Gifts, LLC  (MISSOURI LIMITED LIABILITY COMPANY)
7345 Highway 5
Hartville, MISSOURI 65667

CLASS 30: Chocolate; Chocolate and chocolates; Chocolate bark containing ground coffee beans; Chocolate bars; Chocolate based ingredient for use in Confections; Chocolate bunnies; Chocolate candies; Chocolate confections; Chocolate confections, namely, Truffles; Chocolate covered cookies; Chocolate covered fruit; Chocolate covered nuts; Chocolate covered pretzels; Chocolate covered raisins; Chocolate covered roasted coffee beans; Chocolate for confectionery and bread; Chocolate in the shape of Animals; Chocolate mousses; Chocolate sauce; Chocolate spreads containing nuts; Chocolate syrup; Chocolate syrups; Chocolate topped pretzels; Chocolate topping; Chocolate truffles; Chocolate-based fillings for cakes and pies; Chocolate-based ready-to-eat food bars; Chocolate-coated nuts; Chocolate-covered nuts; Chocolates and chocolate-based ready to eat candies and snacks; Confectioneries, namely, snack foods, namely, chocolate; Confectionery, namely, candy and chocolate; Filled chocolate; Filled chocolates; Gluten-free desserts, namely, Solid Chocolate; Milk chocolate; Snack foods, namely, chocolate-based snack foods; Snack mix consisting primarily of popcorn and also including Chocolate; Trail mix consisting primarily of pretzels, popcorn, and crackers, and also including Chocolate; Chocolate fudge

FIRST USE 1-15-2002; IN COMMERCE 1-15-2002

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "CHOCOLATES"

The name does not identify a living individual.

SER. NO. 90-692,192, FILED 05-05-2021



*Katherine Kelly Vidal*
Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 3,220,053
Registered Mar. 20, 2007

**TRADEMARK**
**PRINCIPAL REGISTER**

GRANDPA JOE'S OLD
FASHIONED CHOCOLATES

ROSEWOOD FARMS COUNTRY GIFTS, LLC (MISSOURI LTD LIAB CO)
7345 HIGHWAY 5
HARTVILLE, MO 65667

FOR: CANDIES, IN CLASS 30 (U.S. CL. 46).

FIRST USE 1-15-2002; IN COMMERCE 1-15-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "OLD FASHIONED CHOCOLATES", APART FROM THE MARK AS SHOWN.

THE NAME GRANDPA JOE DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SER. NO. 78-888,310, FILED 5-19-2006.

KATHERINE E. HALMEN, EXAMINING ATTORNEY