# EXHIBIT C



- Home
- Chocolate
- Gourmet Foods
- Gourmet Snacks, Nuts, & Popcorn
- Coffee & Teas
- Bath & Body
- Smell Goods
- Specialty
- Gifts
- Clothing
- Children
- Gift Baskets
- Holiday
- Nostalgic Candy
- Gift Cards



### Grandpa Joe's Old Fashioned Chocolates

Grandpa Joe's Chocolates is family owned and operated in the heart of the beautiful Ozarks. We offer 100+ varieties of chocolates, caramels, fudges, and toffee that are dipped in small batches and made using four generations of treasured recipes and the finest ingredients available.

Get 15% Off!



**Assorted Boxes**



Chat with us

# Gourmet Coffee



# Gourmet Jams



# Savory Dips

Get 15% Off!

Chat with us



### Raspberry Chipotle Sauce

$8.99

Add to Cart



### Rosewoods Awesome Sauce

$8.99

Add to Cart



### Sweet Bourbon Glaze

$8.99

Sold out



### Sweet Chili Sauce

$8.99

Add to Cart

1

Get 15% Off!



Chat with us





# Gift Baskets

# Perfect
## PORTION BAGS

Get 15% Off!

Chat with us



# Soups

# Bath & body

I have sent chocolates to family and friends several times. It always is well received and raved about as the best chocolates they ever had. The orders always arrive quickly and fresh. It's a gift that is not soon forgotten.

**Ruth B.**

I have ordered chocolates every year, decided to try a gift box. Quick delivery and wonderful products.

**Kellie H.**

This product is amazing for so many skin issues and irritations! It has brought healing for our oldest son's eczema! After trying so many different lotions and ointments, we are so grateful to have found this!

**Rebecca Booth**

Get 15% Off!



Chat with us

# Follow Us Via These Social Channels

  

## Recommended for you



**Grandpa Joe's Ultimate Truffle**

Add to Cart



**Dip Gift Basket**

Add to Cart



**FOOTER MENU**

**FOOTER MENU**

Search

Terms of Service

Refund policy

Privacy Policy

Shipping Policy

**MAIN MENU**

Chat with us

## MAIN MENU

Home

Chocolate

Gourmet Foods

Gourmet Snacks, Nuts, & Popcorn

Coffee & Teas

Bath & Body

Smell Goods

Specialty

Gifts

Clothing

Children

Gift Baskets

Holiday

Nostalgic Candy

Gift Cards

## SIGN UP

## SIGN UP

Subscribe to get special offers

Enter your email

Get 15% Off!

© 2022 Grandpa Joe's Chocolates    Powered by Shopify

Chat with us