From: Anne McGilvray & Company <howdy@annemcgilvray.com>
Sent: Wednesday, August 17, 2022 9:44 AM
To: orders rosewood-farms.com <orders@rosewood-farms.com>
Subject: Grandpa Joe's | Order Fall Candy Today! 🎃





## Your Candy Headquarters

Grandpa Joe's offers an incredible collection of nostalgic & novelty candy that is sure to impress your customers!.

1

## Min Order $150 • Min Re-Order $150



**FALL & HALLOWEEN 2022 SELL SHEET CLICK HERE**









## FALL & HALLOWEEN 2022 SELL SHEET CLICK HERE





**Niagra Favorite**

**4.5oz Bag, 6ct**

**$23.87case/3.98ea**





**Vidal Halloween Favorites**

**4.5oz bag, 14ct**

**$14.61case/1.04ea**

**Hammond's Tub's**

**$.90ea**



**FALL & HALLOWEEN 2022 SELL SHEET CLICK HERE**





4

**SHOP NOW**

Call Your Local **Anne McGilvray** Territory Manager or Place Your Order by Phone Call
**1.800.527.1462 x 1**

#FunStartsHere!
#sellingthingsthatmakepeoplehappy

Follow Us:







Anne McGilvray & Company | Dallas Showplace | 2332 Valdina St. | Dallas, TX 75207
Anne McGilvray & Company | Americas Mart | 40 John Portman Blvd. | #2 Suite 1718 & 1735 | Atlanta, GA 30303
Anne McGilvray & Company | Las Vegas Market | 455 S. Grand Central Parkway #C-1090 | Las Vegas, NV 89106
Anne McGilvray & Company | Minneapolis Mart | 10301 Bren Road W | Orange #378 | Minnetonka, MN 55343

Copyright © 2022 Anne McGilvray & Co., All rights reserved.

Our mailing address is:
2332 Valdina Street Dallas, TX 75207

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.