# EXHIBIT 1

The Wayback Machine - https://web.archive.org/web/20070515195412/http://www.grandpajoeschocolates.co…

**Fall in *love* with Grandpa Joe's Chocolates. We offer over 35 varieties of old-fashioned gourmet chocolates made using only the finest ingredients and four generations of treasured family recipes.**



### Chocolates

### Coffee

### Shipping



### About Us

### Contact Us

The Wayback Machine - https://web.archive.org/web/20070518065753/http://www.grandpajoeschocolates.co…




# About Us

**Grandpa Joe's Old Fashioned Chocolates is chocolate at it's finest. Four generations of chocolate making inspired us to establish Grandpa Joe's in 2001. We are a family-owned and operated chocolate company nestled in the heart of the Ozarks. The origin of our name is from our Great Grandpa Joe who attended a candy school in the early 1900's. He had a passion for chocolate making and passed down the recipes we use today. We use only the finest ingredients and offer over 35 different varieties of chocolate. We love chocolate as much as Grandpa Joe did and we're sure he'd be proud!**

[chocolate](#)
[Coffee](#)
[Shipping](#)
[Contact](#)


Ozark


Blue

**Enjoy a day in the country at Rosewood Farms, a 4,000 sq. ft. gift store nestled in the heart of the Ozarks. Home decor, gifts, antiques, coffee, chocolate, candles and bath & body await you in this shopping paradise. We pride ourselves on quality products and customer service and there is sure to be something for everyone at Rosewood Farms. Don't Forget to visit us at our annual Christmas in the Ozarks. We hope to become your favorite shopping destination.**

The Wayback Machine - https://web.archive.org/web/20070713030641/http://www.grandpajoeschocolates.co…



**Fall in *love* with Grandpa Joe's Chocolates. We offer over 35 varieties of old-fashioned gourmet chocolates made using only the finest ingredients and four generations of treasured family recipes.**

Chocolates

Coffee

Shipping

About Us

Contact Us

The Wayback Machine - https://web.archive.org/web/20070715012219/http://www.grandpajoeschocolates.co…




# About Us

**Grandpa Joe's Old Fashioned Chocolates is chocolate at it's finest. Four generations of chocolate making inspired us to establish Grandpa Joe's in 2001. We are a family-owned and operated chocolate company nestled in the heart of the Ozarks. The origin of our name is from our Great Grandpa Joe who attended a candy school in the early 1900's. He had a passion for chocolate making and passed down the recipes we use today. We use only the finest ingredients and offer over 35 different varieties of chocolate. We love chocolate as much as Grandpa Joe did and we're sure he'd be proud!**

- chocolate
- Coffee
- Shipping
- Contact

Blue


Ozark

**Enjoy a day in the country at Rosewood Farms, a 4,000 sq. ft. gift store nestled in the heart of the Ozarks. Home decor, gifts, antiques, coffee, chocolate, candles and bath & body await you in this shopping paradise. We pride ourselves on quality products and customer service and there is sure to be something for everyone at Rosewood Farms. Don't Forget to visit us at our annual Christmas in the Ozarks. We hope to become your favorite shopping destination.**

The Wayback Machine - https://web.archive.org/web/20100212051413/http://www.grandpajoeschocolates.com:80/page/378810205

Home  Product Search  Site Map  Checkout  Track Your Order



## Assorted Boxes

| | | |
|---|---|---|
| **Caramel Lover's** | **Catch of the Day - 1 Pound Ozark Snappers** | **Chocolate Lover's Dream** |
| Price $16.99 | Price $16.99 | Price $16.99 |
| **Dark Chocolate Assortment** | **Espresso Your Self!** | **Gone Nuts** |
| Price $16.99 | Price $16.99 | Price $16.99 |
| **Just Fruity** | **Milk & Dark Chocolate Assortment** | **Milk Chocolate Assortment** |
| Price $16.99 | Price $16.99 | Price $16.99 |
| **Nut & Caramel Dark** | **Nut & Caramel Milk** | **Valentine's Day Assortment** |
| Price $16.99 | Price $16.99 | Price $16.99 |

Didn't find what you are looking for? Dont forget to check these places :

Milk Chocolate available in one pound boxes!

Dark Chocolate available in one pound boxes!

### Side Menu
- Home
- Online Shopping
- Events Page
- About Us
- Rosewood Farms
- Shipping
- My Account
- Corporate Gifts
- Best Sellers
- Milk Chocolate
- Dark Chocolate
- Nuts
- Caramels
- Brittles and Toffee
- Assorted Boxes
- Customize Your Own
- More Categories...
- Valentine's Day

**Be My Valentine Sucker**
Price $2.50
More info ››

**I Love You Box**
Price $6.50
More info ››

**Valentine Mallows**
Price $2.99
More info ››

More...

**Shopping Basket**
Items               0
Subtotal      $0.00
**Note:** All prices in US Dollars

**Search Chocolates**
[Search]

**FREE Newsletter!**
**First Name***

Last Name*

Email Address*

Submit

### Questions?
### 417-741-6915

**Hours of Operation:**
9 a.m. - 6 p.m. M-F
9a.m. - 4p.m. Sat.
Closed on Sunday

Open Year Round

Copyright © Grandpa Joe's
orders@rosewood-farms.com
417-741-6915




The Wayback Machine - https://web.archive.org/web/20100316014410/http://www.grandpajoeschocolates.com:80/page/378810203

# Best Sellers

Home
Online Shopping
Events Page
About Us
Rosewood Farms
Shipping
My Account
Corporate Gifts
Best Sellers
Dark Chocolate
Nuts
Caramels
Brittles and Toffee
Assorted Boxes
Customize Your Own
More Categories...
Easter

**Sort By**
Name - Ascending

Caramel Kiss (wrapped)
**Caramel Kiss (wrapped)**
Price $5.50

Chocolate Lover's Dream
**Chocolate Lover's Dream**
Price $16.99

Dark Chocolate Peanut Butter Cup
**Dark Chocolate Peanut Butter Cup**
Price $5.50

Dark Gone Nuts
**Dark Gone Nuts**
Price $5.50

Dark Ultimate Chocolate
**Dark Ultimate Chocolate**
Price $16.99

Dinosaurs Molded
**Dinosaurs Molded**
Price $2.29

Farm Animals Molded
**Farm Animals Molded**
Price $2.29

Happy Anniversary Bar
**Happy Anniversary Bar**
Price $1.09

Happy B Day Bar Dark
**Happy B Day Bar Dark**
Price $1.19

Milk & Dark Chocolate Assortment
**Milk & Dark Chocolate Assortment**
Price $16.99

Milk Caramel
**Milk Caramel**
Price $5.50

Milk Chocolate Espresso Almond Caramel
**Milk Chocolate Espresso Almond Caramel**
Price $5.50

Milk Chocolate Ozark Snapper
**Milk Chocolate Ozark Snapper**
Price $5.50

Milk Chocolate Peanut Butter Cup
**Milk Chocolate Peanut Butter Cup**
Price $5.50

Milk Chocolate Peanut Clusters
**Milk Chocolate Peanut Clusters**
Price $5.50

Tackle Box
**Tackle Box**
Price $12.99

Valentine's Day Assortment
**Valentine's Day Assortment**
Price $16.99

Wrapped Butter Caramel
**Wrapped Butter Caramel**
Price $5.50

Wrapped Butterscotch Butter Caramel

Recieve 10% off Your Chocolate Order. Simply Enter the Code bunny on the Order Form.

**Easter Chocolate Assort. Box**
Easter Chocolate Assort. Box
Price $16.99
More info ››

**Happy Easter Sucker**
Happy Easter Sucker
Price $1.69
More info ››

**He is Risen**
He is Risen
Price $1.09
More info ››

**Shopping Basket**

| | |
|---|---|
| Items | 0 |
| Subtotal | $0.00 |

**Note:** All prices in US Dollars

**Search Chocolates**
Search

**FREE Newsletter!**
**First Name***
**Last Name***
**Email Address***
Submit



**Wrapped Butterscotch Butter Caramel**

Price $5.50



**Questions?
417-741-6915**

**Hours of Operation:**
9 a.m. - 6 p.m. M-F
9a.m. - 4p.m. Sat.
Closed on Sunday

Open Year Round



Copyright © Grandpa Joe's
orders@rosewood-farms.com
417-741-6915




Home    Product Search    Site Map    Checkout    Track Your Order



# *Grandpa Joe's Chocolates*



Home



Fall in love with Grandpa Joe's Old Fashioned Chocolates. Delicious chocolate begins somewhere and our story begins with our Grandpa Joe. Our Grandpa Joe dreamed of being able to provide people with one of a kind gourmet chocolates. In the early 1940's he began living his dream by perfecting his chocolate recipes and sharing his creations with his friends and family. He dreamed of opening a chocolate shop one day, but he never got to see his dream come true. Now, 60 years later, we are making our Grandpa Joe's dream a reality. Grandpa Joe's Old Fashioned Chocolates is family owned and operated in the heart of the Ozarks. We offer over 100 varieties of old-fashioned chocolates, toffee, and brittles that are made using four generations of treasured recipes and the finest ingredients available.

- Home
- Assorted Boxes
- Best Sellers
- Milk Chocolate
- Dark Chocolate
- White Chocolate
- Caramels
- Nuts
- Brittles and Toffee
- Customize Your Own
- Specialty Solid Chocolates
- Perfect Portion Chocolate Bags
- Specialty Chocolate Bars
- Old Fashioned Fudge
- Chocolate Pizza By The Slice
- Espresso Yourself
- Corporate Gifts
- Sugar Free
- Nostalgic Candies
- Shea Butter & Jojoba Cream
- Events Page
- About Us
- Rosewood's Wedding Registry
- Testimonials
- Shipping



**Custom-Designed Corporate Gift Baskets!**


**Assorted Boxes**


**Specialty Solid Chocolates**


**Customize Your Own**


**Perfect Portion Chocolate Bags**




Follow us on facebook!

**Shopping Basket**

| Items: | 0 |
| Subtotal: | $0.00 |

**Note:** All prices in US Dollars

**Search Chocolates**

[  ]  [ Search ]

**First Name**
[  ]
**Last Name**
[  ]
**Email Address**
[  ]

[ Submit ]

**Questions?
417-741-6915**

**orders@rosewood-farms.com**

**Hours of Operation:**
9 a.m. - 6 p.m. M-F
9a.m. - 4p.m. Sat.
Closed on Sunday

Open Year Round




**Best Sellers**  **Milk Chocolate**

**Directions to Retail Location**

25 miles South on Hwy 5 from Lebanon, MO
8 miles North on Hwy 5 from Hartville, MO

Copyright © Grandpa Joe's
orders@rosewood-farms.com
417-741-6915