| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2023-02-02 14:56:54 EST |
| **Mark:** | GRANDPA JOE'S |

# Grandpa Joe's

| | | | |
|---|---|---|---|
| **US Serial Number:** | 97354124 | **Application Filing Date:** | Apr. 08, 2022 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/APPLICATION/Under Examination<br><br>The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner. |
| **Status:** | Review prior to publication completed. | | |
| **Status Date:** | Jan. 31, 2023 | | |
| **Publication Date:** | Mar. 07, 2023 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | GRANDPA JOE'S |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Name Portrait Consent:** | The name "GRANDPA JOE" does not identify a living individual. |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | Candy; Chocolate; Candies; Candy bark; Candy bars; Candy for food; Candy mints; Candy necklaces; Candy sprinkles; Candy toppings; Candy toppings for cookies; Candy with caramel; Candy with cocoa; Chocolate and chocolates; Chocolate bark containing ground coffee beans; Chocolate bars; Chocolate based ingredient for use in cookies; Chocolate bunnies; Chocolate candies; Chocolate chips; Chocolate confections; Chocolate confections, namely, truffles; Chocolate confections, namely, brownie mixes; Chocolate covered cookies; Chocolate covered fruit; Chocolate covered nuts; Chocolate covered pretzels; Chocolate covered raisins; Chocolate for confectionery and bread; Chocolate for toppings; Chocolate in the shape of animals; Chocolate pastes; Chocolate powder; Chocolate sauce; Chocolate topped pretzels; Chocolate topping; Chocolate truffles; Chocolate-coated nuts; Chocolate-covered nuts; Chocolates; Chocolates and chocolate-based ready to eat candies and snacks; Arrangements of candy; Caramel sauce; Confectioneries, namely, snack foods, namely, chocolate; Confectionery, namely, candy and chocolate; Filled chocolate; Filled chocolates; Fruit jelly candy; Gift baskets containing candy; Gummy candies; Hard candies; Hard candy; Milk chocolate; Rock candy; Snack foods, namely, chocolate-based snack foods; White chocolate; Chocolate fudge |
| **International Class(es):** | 030 - Primary Class |
| **U.S Class(es):** | 046 |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(a) |
| **First Use:** | Jan. 15, 2002 |
| **Use in Commerce:** | Jan. 15, 2002 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Rosewood Farms Country Gifts, LLC
**Owner Address:** 7345 Highway 5
Hartville, MISSOURI UNITED STATES 65667
**Legal Entity Type:** LIMITED LIABILITY COMPANY
**State or Country Where Organized:** MISSOURI

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/Address:** ROSEWOOD FARMS COUNTRY GIFTS, LLC
7345 HIGHWAY 5
HARTVILLE, MISSOURI UNITED STATES 65667
**Phone:** 417-741-6915
**Correspondent e-mail:** orders@rosewood-farms.com
**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 31, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 30, 2023 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Jan. 30, 2023 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Jan. 30, 2023 | EXAMINERS AMENDMENT E-MAILED | |
| Jan. 30, 2023 | EXAMINERS AMENDMENT -WRITTEN | 74306 |
| Jan. 30, 2023 | PREVIOUS ALLOWANCE COUNT WITHDRAWN | |
| Jan. 30, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 30, 2023 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Jan. 30, 2023 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Jan. 30, 2023 | EXAMINERS AMENDMENT E-MAILED | |
| Jan. 30, 2023 | EXAMINERS AMENDMENT -WRITTEN | 74306 |
| Jan. 25, 2023 | ASSIGNED TO EXAMINER | 74306 |
| Apr. 13, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Apr. 12, 2022 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** SONNEBORN, TRICIA L
**Law Office Assigned:** LAW OFFICE 110

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION
**Date in Location:** Jan. 31, 2023