# EXHIBIT D

FAST AND FREE SHIPPING WITH ANY $50 PURCHASE!! *(EASTERN US ONLY)*

MY ACCOUNT (HTTPS://GRANDPAJOESCANDYSHOP.COM/MY-ACCOUNT/)

CART (HTTPS://GRANDPAJOESCANDYSHOP.COM/CART/)



FIND A LOCATION (HTTPS://GRANDPAJOESCANDYSHOP.COM/LOCATIONS/)

CONTACT (HTTPS://GRANDPAJOESCANDYSHOP.COM/)

ABOUT US (HTTPS://GRANDPAJOESCANDYSHOP.COM/ABOUT-US/)

SHOP CANDY (HTTPS://GRANDPAJOESCANDYSHOP.COM/)

SHOP LOCAL (/LOCATIONS/)

FAST AND FREE SHIPPING WITH ANY $50 PURCHASE!! *(EASTERN US ONLY)*

MY ACCOUNT (HTTPS://GRANDPAJOESCANDYSHOP.COM/MY-ACCOUNT/)

CART (HTTPS://GRANDPAJOESCANDYSHOP.COM/CART/)

# DON'T BUY CANDY FROM STRANGERS

We are your local candy and gift headquarters! Come in and browse our unbelievable bulk and nostalgic candy inventory and experience our unmatched customer service.

SHOP ONLINE (/SHOP/)

ABOUT US (/ABOUT-US/)

FREE CANDY! (HTTPS://GRANDPAJOESCANDYSHOP.COM/FREE-CANDY/)

**WORLD FAMOUS $5 CANDY BUFFET** (/about-us/#candy-buffet)

## OVER 100 BULK CANDIES (/ABOUT-US/#BULK-CANDY)

*Retro Candy* (/about-us/#retro-candy)

## WEIRD & UNIQUE GIFTS (/ABOUT-US/#GIFTS)

## OLD FASIONED SODA (/ABOUT-US/#SODAS)

## EXPERIENCE ONE OF OUR LOCATIONS

### PENNSYLVANIA

Emmaus, PA

Canonsburg, PA

Bethlehem, PA

Stroudsburg, PA

Mt. Lebanon, PA

Beaver, PA

Pittsburgh, PA – Strip District

### OHIO

Cuyahoga Falls, OH

Troy, OH

Middletown, OH

Chillicothe, OH

Miamisburg, OH

EMMAUS, PA

304 Main St

FAST AND FREE SHIPPING WITH ANY $50 PURCHASE!! *(EASTERN US ONLY)*



 MY ACCOUNT (HTTPS://GRANDPAJOESCANDYSHOP.COM/MY-ACCOUNT/)

 CART (HTTPS://GRANDPAJOESCANDYSHOP.COM/CART/)

Emmaus, PA 18049-2705

 484-519-1651 (tel:1-484-519-1651)

MORE INFO (/LOCATION/EMMAUS-PA)



GET THIS IF YOU WANNA BE HIP

# WHAT'S HOT



**WARHEADS SOUR SODA – FIVE 12OZ CANS VARIETY PACK**

$11.95

VIEW (HTTPS://GRANDPAJOESCANDYSHOP.COM/PRODUCT/WARHEADS-SOUR-SODA-FIVE-12OZ-CANS-VARIETY-PACK/)

ADD TO CART (/CART/?ADD-TO-CART=73865)



**KITKAT BLUEBERRY MUFFIN**

$1.50 – $16.80

VIEW (HTTPS://GRANDPAJOESCANDYSHOP.COM/PRODUCT/KITKAT-BLUEBERRY-MUFFIN/)

SELECT OPTIONS (HTTPS://GRANDPAJOESCANDYSHOP.COM/PRODUCT/KITKAT-BLUEBERRY-MUFFIN/)

**SOUR PATCH KIDS GRAPE 3.58OZ PEG BAGS**

$1.75 – $18.60

VIEW (HTTPS://GRANDPAJOESCANDYSHOP.COM/PRODUCT/SOUR-PATCH-KIDS-GRAPE-3-58OZ-PEG-BAGS/)

SELECT OPTIONS (HTTPS://GRANDPAJOESCANDYSHOP.COM/PRODUCT/SOUR-PATCH-KIDS-GRAPE-3-58OZ-PEG-BAGS/)



**MUDDY BITES – DARK CHOCOLATE**

~~$5.25~~ $3.00

VIEW (HTTPS://GRANDPAJOESCANDYSHOP.COM/PRODUCT/MUDDY-BITES-DARK-CHOCOLATE/)

ADD TO CART (/CART/?ADD-TO-CART=69441)

SHOP NOW (/SHOP/)

**AS SEEN ON:**

FAST AND FREE SHIPPING WITH ANY $50 PURCHASE!! *(EASTERN US ONLY)*

[MY ACCOUNT (HTTPS://GRANDPAJOESCANDYSHOP.COM/MY-ACCOUNT/)](https://grandpajoescandyshop.com/my-account/)

[CART (HTTPS://GRANDPAJOESCANDYSHOP.COM/CART/)](https://grandpajoescandyshop.com/cart/)

[(/)](/)

[(https://www.facebook.com/GrandpaJoes/)](https://www.facebook.com/GrandpaJoes/)

[(https://www.instagram.com/grandpajoes/?hl=en)](https://www.instagram.com/grandpajoes/?hl=en)

[(https://twitter.com/grandpa_joes?lang=en)](https://twitter.com/grandpa_joes?lang=en)

[(https://www.tiktok.com/@grandpajoes)](https://www.tiktok.com/@grandpajoes)

[MY ACCOUNT (HTTPS://GRANDPAJOESCANDYSHOP.COM/MY-ACCOUNT/)](https://grandpajoescandyshop.com/my-account/)
[CART (HTTPS://GRANDPAJOESCANDYSHOP.COM/CART/)](https://grandpajoescandyshop.com/cart/)
[EMPLOYMENT APPLICATION (HTTPS://GRANDPAJOESCANDYSHOP.COM/EMPLOYMENT-APPLICATION/)](https://grandpajoescandyshop.com/employment-application/)