IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSEWOOD FARMS COUNTRY GIFTS, LLC<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CHRIS BEERS VENTURES LLC,<br><br>　　　　　　　　Defendant. | Civil Action No. 22-1360<br><br>(Judge Stickman) |

**Joint Status Report on Mediation**

On May 31, 2023, the parties and their counsel met in person and participated in a scheduled ADR session conducted by Attorney Barry Friedman at the law offices of Metz Lewis. All parties with settlement authority were present and participated in the mediation of the case in person. The session did not result in a settlement on that day.

Respectfully submitted by:　　　　　　　　Respectfully submitted by:

/s/ Anthony L. Meola　　　　　　　　　　　/s/ Barry J. Coyne
Anthony L. Meola　　　　　　　　　　　　Barry J. Coyne
Counsel for Plaintiff　　　　　　　　　　　Counsel for the Defendant

Dated: August 22, 2023